1  SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
     A Limited Liability Partnership
2      Including Professional Corporations
   GARY L. HALLING, Cal. Bar No. 66087
3  JAMES L. MCGINNIS, Cal. Bar No. 95788
   MONA SOLOUKI, Cal. Bar No. 215145
4  Four Embarcadero Center, 17th Floor
   San Francisco, California 94111-4109
5  Telephone:   415-434-9100
   Facsimile:   415-434-3947
6  Email:   ghalling@sheppardmullin.com
   Email:   jmcginnnis@sheppardmullin.com
7  Email:   msolouki@sheppardmullin.com

8  Attorneys for Defendant
   SAMSUNG SEMICONDUCTOR, INC.
9

10                UNITED STATES DISTRICT COURT

11              NORTHERN DISTRICT OF CALIFORNIA

12  TRONG NGUYEN, on behalf of himself and       CASE NO.  07-0086-SBA
    all others similarly situated,
13                                                **JOINT STIPULATION AND**
                                                  **[PROPOSED] ORDER EXTENDING**
14              Plaintiff                         **TIME TO RESPOND TO COMPLAINT**
                                                  **AND COMPLAINTS IN RELATED**
15         v.                                     **ACTIONS**

16  SAMSUNG ELECTRONICS CO., LTD., et
    al.,
17                                                The Hon. Saundra B. Armstrong
                Defendants.                       Amended Complaint filed Jan. 18, 2007
18

19  THIS STIPULATION ALSO RELATES TO
    THE FOLLOWING RELATED CASES BY
20  ORDER OF MARCH 14, 2007:

21  *A Computer Place, Inc. v. Samsung*
    *Electronics, Co., Ltd.*
22          Case No. C-07-01020-WHA

23  *Burke v. Samsung Electronics, Co., Ltd., et al.*
            Case No. C-07-01236-MJJ
24
    *Miller v. Samsung Electronics, Co., Ltd., et al.*
25          Case No. C-07-01147-EDL

26
    THIS STIPULATION ALSO RELATES TO
27  THE FOLLOWING CASES SUBJECT TO
    MOTIONS TO RELATE, FILED MARCH
28  15, 2007:

*Alderman v. Samsung Electronics, Co., Ltd., et al.*
        Case No. C-07-1489-MJJ

*Burt v. Samsung Electronics, Co., Ltd., et al.*
        Case No. C-07-1388-MMC

*Perkins v. Samsung Electronics, Co., Ltd., et al.*
        Case No. C-07-1360-JL

*TechToysForLess v. Samsung Electronics, Co., Ltd., et al.*
        Case No. C-07-1418-SC

*Huh v. Samsung Electronics, Co., Ltd., et al.*
        Case No. C-07-1459-JCS

*Krahmer v. Samsung Electronics, Co., Ltd., et al.*
        Case No. C-07-1460-SC

THIS STIPULATION ALSO RELATES TO THE FOLLOWING CASES SUBJECT TO THE MOTION TO RELATE, FILED APRIL 3, 2007:

*Kevin's Computer and Photo v. Samsung Electronics Co., Ltd., et al.*

        Case No. C-07-1665-MJJ

*Theisen v. Hitachi, Ltd., et al.*

        Case No. C-07-1680-BZ

*Greenwell v. Samsung Electronics Co., Ltd., et al.*
        Case No. C-07-1524-EDL

*Sweatman v. Samsung Electronics Co., Ltd., et al.*
        Case No. C-07-1613-MEJ

*Pellitteri v. Samsung Electronics Co., Ltd., et al.*
        Case No. C-07-1614-JSW

*Davis v. Samsung Electronics Co., Ltd., et al.*
        Case No. C-07-1735-MEJ

*McClellan-Chambers v. Samsung Electronics Co., Ltd., et al.*

JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND

Case No. C-07-1823-SC

*Juskiewicz v. Samsung Electronics Co., Ltd., et al.*

Case No. C-07-1829-JL

WHEREAS the undersigned Plaintiff Trong Nguyen has filed a Complaint in the above-captioned case on or about January 5, 2007;

WHEREAS the additional, undersigned Plaintiffs have filed Complaints in the above-captioned cases since Plaintiff Nguyen filed his case;

WHEREAS in all of the Complaints, Plaintiffs allege price fixing by manufacturers of Flash Memory;

WHEREAS more than eighteen complaints have been filed to date in the Northern District of California and one complaint has been filed in the Southern District of New York by plaintiffs bringing class actions on behalf of either direct or indirect purchasers alleging price fixing by manufacturers of Flash Memory (collectively, "the Flash Memory Cases");

WHEREAS a motion is currently pending before the Judicial Panel on Multidistrict Litigation ("JPML") to transfer the Flash Memory Cases to a single judge for consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407;

WHEREAS this Court recently related three of the Flash Memory Cases pending in the Northern District of California to this action, and other motions are currently pending before the Court to consider whether additional actions pending in this District should be related;

WHEREAS the parties believe that the Flash Memory Cases will be consolidated or coordinated either as multidistrict litigation ("MDL") or as a group of related cases within the Northern District of California, and anticipate that, in either instance, Plaintiffs will likely file separate Consolidated Amended Complaints for the direct and indirect Flash Memory Cases;

WHEREAS the parties have agreed that an orderly schedule for any response to the pleadings in the Flash Memory Cases is more efficient for the parties and for the Court;

WHEREAS Plaintiffs agree that the deadline for Samsung Semiconductor, Inc. ("SSI") to respond to the Complaints in each of the above-captioned cases, and any other cases

1   subsequently related or transferred to this Court, shall be extended until the earlier of the

2   following two dates: (1) forty-five days after the filing of Consolidated Amended Complaints in

3   the direct and indirect Flash Memory Cases either in the MDL transferee Court or in the Court in

4   which the Flash Memory Cases pending in this District are consolidated and/or coordinated in the

5   Northern District of California; or (2) forty-five days after Plaintiffs provide written notice to SSI

6   that they do not intend to file Consolidated Amended Complaints in the direct and indirect Flash

7   Memory Cases, provided that such notice may be given only at or after the initial case

8   management conference either in the MDL transferee Court or in the Court in which all Flash

9   Memory Cases pending in this District are consolidated and/or coordinated in the Northern

10  District of California;

11          WHEREAS Plaintiffs further agree that this extension is available, without further

12  stipulation with counsel for Plaintiffs, to all named Defendants who notify Plaintiffs in writing of

13  their intention to join this extension;

14          WHEREAS Plaintiffs and Defendant SSI (and any other named Defendants who

15  provide notice of their intention to join this extension pursuant to the preceding paragraph) agree

16  that each such defense counsel shall accept service on behalf of the Defendant that provided

17  notice of its intention to join this extension of all complaints in the above-captioned matter,

18  including any amended or consolidated complaints, and further, that such Defendant shall not

19  contest the sufficiency of process or service of process. This Stipulation does not constitute a

20  waiver of any other defense, including but not limited to, the defense of lack of personal or

21  subject matter jurisdiction;

22

23          PLAINTIFFS AND DEFENDANT SSI, BY AND THROUGH THEIR

24  RESPECTIVE COUNSEL OF RECORD, HEREBY STIPULATE AS FOLLOWS:

25          1.      The deadline for Defendant SSI to respond to the Complaints in the above-

26  captioned cases, and any other cases subsequently related or transferred to this Court, shall be

27  extended until the earlier of the following two dates: (1) forty-five days after the filing of

28  Consolidated Amended Complaints in the direct and indirect Flash Memory Cases either in the

1    MDL transferee Court or in the Court in which the Flash Memory Cases pending in this District

2    are consolidated and/or coordinated in the Northern District of California; or (2) forty-five days

3    after Plaintiffs provide written notice to SSI that they do not intend to file Consolidated Amended

4    Complaints in the direct and indirect Flash Memory Cases, provided that such notice may be

5    given only at or after the initial case management conference either in the MDL transferee Court

6    or in the Court in which all Flash Memory Cases pending in this District are consolidated and/or

7    coordinated in the Northern District of California.

8            2.      This extension is available, without further stipulation with counsel for

9    Plaintiffs, to all named Defendants who notify Plaintiffs in writing of their intention to join this

10   extension.

11           3.      Defendant SSI (and any other named Defendants who provide notice of

12   their intention to join this extension pursuant to the preceding paragraph) agree that each such

13   defense counsel shall accept service on behalf of the defendant that provided notice of its

14   intention to join the extension of all complaints in the above-captioned matter, including any

15   amended or consolidated complaints, and further, that such defendant shall not contest the

16   sufficiency of process or service of process.  This Stipulation does not constitute a waiver of any

17   other defense, including but not limited to, the defense of lack of personal or subject matter

18   jurisdiction.

19           4.      Plaintiffs and Defendant SSI (and any other named Defendants who

20   provide notice of their intention to join this extension pursuant to the preceding paragraph) agree

21   that notwithstanding the above paragraphs, should any defendant to whom this extension applies

22   respond to any complaint in another Flash Memory case filed in another United States District

23   Court or a state court prior to the date contemplated by this Stipulation, then such defendant shall

24   make a simultaneous response to the complaint in the above-captioned matter.

25           IT IS SO STIPULATED.

26

27

28

Dated: April 11, 2007                    SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By: /s/ Mona Solouki
    Mona Solouki
    *Attorneys for Defendant Samsung Semiconductor, Inc.*

Dated: April 11, 2007                    PEARSON, SIMON, SOTER, WARSHAW & PENNY LLP

By: /s/ Bruce L. Simon
    Bruce L. Simon
    *Attorneys for Plaintiff A Computer Place*

Dated: April 11, 2007                    FURTH LEHMANN & GRANT LLP

By: /s/ Christopher L. Lebsock
    Christopher L. Lebsock
    *Attorneys for Plaintiffs Nguyen, Burt, Miller, Perkins and TechToysForLess*

Dated: April 11, 2007                    ZELLE HOFMANN VOELBEL MASON & GETTE LLP

By: /s/ Christopher Micheletti
    Christopher Micheletti
    *Attorneys for Plaintiffs Nguyen, Burke, Burt, Miller, Perkins, TechToysForLess*

Dated: April 11, 2007                    STEYER LOWENTHAL BOODROOKAS ALVAREZ & SMITH LLP

By: /s/ Allan Steyer
    Allan Steyer
    *Attorneys for Plaintiffs Nguyen, Miller, Burt, Huh, Krahmer, Sweatman, Pellitteri, Davis, McClellan-Chambers and Jamac Enterprises d/b/a/ Elite Custom Computers, Inc.*

| | | |
|---|---|---|
| 1 | Dated: April 11, 2007 | LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP |
| 2 | | |

By: /s/ Eric B. Fastiff
    Eric B. Fastiff
    *Attorneys for Plaintiff Alderman*

Dated: April 11, 2007         THE TERRELL LAW GROUP

By: /s/ Reginald Terrell
    Reginald Terrell
    *Attorneys for Plaintiff Greenwell*

Dated: April 11, 2007         LAW OFFICES OF JOSEPH M. PATANE

By: /s/ Joe Patane
    Joe Patane
    *Attorneys for Plaintiff Juskiewicz*

Dated: April 11, 2007         BERMAN, DEVALERIO, PEASE TABACCO, BURT & PUCILLO
    Joseph J. Tabacco Jr.
    Christopher T. Heffelfinger

    KOHN, SWIFT & GRAF, P.C.
    Joseph Kohn
    William E. Hoese

By: /s/ Christopher T. Heffelfinger
    Christopher T. Heffelfinger
    *Attorneys for Plaintiff Kevin's Computer and Photo*

Dated: April 11, 2007         GROSS & BELSKY LLP

By: /s/ Terry Gross
    Terry Gross
    *Attorneys for Plaintiff Theisen*

1

## <u>ORDER</u>

2

PURSUANT TO STIPULATION, IT IS SO ORDERED.

3

IT IS FURTHER ORDERED THAT, to conserve party and judicial resources, and

4

in light of the proceedings currently pending before the JPML to consolidate and transfer all

5

pending Flash Memory Cases to one Court, and pending motions in this Court to consider

6

whether additional cases should be related, this extension is available in ALL RELATED

7

ACTIONS (both current and to be related in the future) to any defendant that provides written

8

notice to plaintiff's counsel in such action of this Order and its intention to join this extension,

9

without further stipulation with counsel for plaintiff(s) in the related actions.

10

11

Dated: _____     _____

12

Honorable Saundra B. Armstrong
Judge of the United States District Court

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28