**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

IN RE FLASH MEMORY
ANTITRUST LITIGATION

No. C 07-0086 SBA

**ORDER**

_____

On October 17, 2007, the Court consolidated numerous actions with lead case *Trong Nguyen v. Samsung Electronics Co., Ltd., et al.*, C 07-0086, and instructed that this consolidated action be styled as *In re Flash Memory Antitrust Litigation*, and that all future filings of the member cases be under Case Number 07-0086 SBA. *See* Docket No. 194. This order is to clarify that all member cases, *i.e.*, all cases previously or in the future that have been or will be consolidated with C 07-0086 are CLOSED and TERMINATED as independent actions, and will proceed solely under Case Number 07-0086. Counsel for the parties are instructed that all docketing and filing shall be done under Case Number 07-0086. This order will apply to any further cases deemed related and consolidated with Case Number 07-0086. Upon consolidation with Case Number 07-0086, any future cases will be closed and terminated as independent actions.

IT IS SO ORDERED.

November 29, 2007

*Saundra B Armstrong*
Saundra Brown Armstrong
United States District Judge